## JOHN S. ROBY *versus* WILLIAM LITTLE

JOURNAL ENTRIES (1822–24): *Journal 3:* (1) Time for filing declaration extended *p. 356; (2) administratrix admitted to prosecute, rule for judgment *p. 483.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) recognizance and bail piece; (4) declaration; (5) plea of non assumpsit; (6) precipe for execution fi. fa.; (7) writ of fi. fa.; (8) precipe for alias fi. fa.; (9) alias fi. fa.; (10) promissory note, statement of accounts, warrant to confess judgment.

*1822–23 Calendar*, MS p. 16. Recorded in *Book B*, MS pp. 377–80.

## DAVID STONE *versus* BENJAMIN WOODWORTH

JOURNAL ENTRIES (1822–24): *Journal 3:* (1) Time for filing declaration extended *p. 356; (2) discontinued *p. 497.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return.

*1822–23 Calendar*, MS p. 18.